PROB 12C

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

Motion for Revocation on Offender Under Probation Supervision
Summons Requested

| | | | |
|---|---|---|---|
| Name of Offender: | Cotton, Travis Wade | Case Number: | 5:14-MJ-1871 |
| Name of Sentencing Judge: | Honorable Robert B. Jones, Jr. | | |
| Date of Original Sentence: | October 8, 2014 | | |
| Original Offense: | 18 U.S.C. 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5) | | |
| Original Sentence: | 12 months probation | | |
| Type of Supervision: | Probation | Supervision Started: | 10/8/2014 |
| Defense Attorney | Ormond Harriott | | |

EARLIER COURT ACTION

March 6, 2015   Violation report submitted for same charges noted below- supervision continued for the cases to be heard in state court.

PETITIONING THE COURT

Violation 1 -   Criminal conduct .

On February 28, 2015, Mr. Cotton operated a motor vehicle on the highways of the state of North Carolina while under the influence of an impairing substance. He was charged with Driving While Impaired and Improper Backing (15CR52502) by Trooper Everett of the North Carolina Highway Patrol. These charges were scheduled for trial in state court on August 26, 2015, at which time the defendant failed to appear.

In view thereof, we respectfully petition the court for the issuance of a summons and recommend that the term of supervision be revoked

This the 28th day of August, 2015.

I declare under penalty of perjury that the
foregoing is true and correct.

/s/ Robert K. Britt

Robert K. Britt
U.S. Probation Officer
310 Dick Street, Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: August 28, 2015

THE COURT ORDERS:

☑   ORDER ISSUANCE OF A SUMMONS
☐   OTHER:

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge

August 31, 2015
Date